IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:20-CV-00319-JRG |
| PNC BANK N.A., | § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is Plaintiff United Services Automobile Association's ("USAA") Opposed Motion for Leave to File First Amended Complaint (the "Motion for Leave"). (Dkt. No. 11). Also before the Court is Defendant PNC Bank, N.A.'s ("PNC") Notice of Non-Opposition and Mootness. (Dkt. No. 13). Having considered the Motion for Leave, and noting PNC's non-opposition to the same, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that USAA has leave to file its First Amended Complaint.

**So ORDERED and SIGNED this 4th day of December, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE