IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>PNC BANK N.A.,<br><br>　　　　*Defendant*. | §<br>§<br>§<br>§<br>§<br>§　Case No. 2:20-CV-00319-JRG-RSP<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Plaintiff United States Automobile Association ("USAA") previously filed the Motion to Sever Defendant PNC Bank N.A.'s Counterclaims Five Through Eight (Dkt. No. 63.) Magistrate Judge Payne entered an Order (Dkt. No. 515), granting USAA's motion to sever. Defendant PNC Bank N.A. ("PNC") has now filed Objections (Dkt. No. 529.)

After reviewing the briefing on the motion to sever, Magistrate Judge Payne's Order, and the briefing on PNC's Objections, the Court agrees with the reasoning provided within the Order and concludes that the Objections fail to show that the Order was clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** PNC's Objections (Dkt. No. 529) and **ADOPTS** Judge Payne's Memorandum Order (Dkt. No. 515).

**So ORDERED and SIGNED this 9th day of March, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE