IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION, <br><br> *Plaintiff*, <br><br> v. <br><br> PNC BANK N.A., <br><br> *Defendant*. | § § § § § § § § § § § §  Case No. 2:20-CV-00319-JRG-RSP |

## ORDER

Before the Court is the Motion for Summary Judgment on PNC's Tenth Affirmative Defense, filed by Plaintiff United States Automobile Service ("USAA"). (Dkt. No. 320). Defendant PNC Bank N.A. filed a Notice of Non-Opposition to USAA's Motion for Summary Judgment on PNC's Tenth Affirmative Defense. (Dkt. No. 362). PNC stated it "does not oppose United Services Automobile Association's Motion for Summary Judgment on PNC's Tenth Affirmative Defense (Dkt. No. 320)." (*Id*.).

After consideration, the Court **GRANTS** summary judgment dismissing PNC's Tenth Affirmative Defense.

**So ORDERED and SIGNED this 9th day of March, 2022.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE