IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>  *Plaintiff*,<br>v.<br><br>PNC BANK N.A.,<br><br>  *Defendant*. | § § § § § § § § § § § § Case No. 2:20-cv-00319-JRG-RSP<br>(LEAD CASE) |

## ORDER

Before the Court is the Motion to Stay Pending Inter Partes Review filed by Defendant PNC Bank N.A. Dkt. No. 414. On March 25, 2022, the Court held a pretrial conference. During the March 25 pretrial conference, the Court heard oral argument on the Motion. *See* Dkt. No. 589 at 12–29. Based on the briefing, arguments presented to the Court, and stated reasoning, the Motion is **DENIED**. *See id*. at 28–29.

**SIGNED** this 18th day of April, 2022.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE