**2:20-cv-00319-JRG-RSP**
**United Services Automobile Association v PNC Bank NA**
May 11, 2022 at 8:30 AM

**Trial - Day 3**

**PLEASE PRINT CLEARLY:**

| ATTORNEY NAME | REPRESENTING |
|---|---|
| Jason Sheasby | USAA |
| Lisa Glasser | USAA |
| Rebecca Carson | USAA |
| Christopher Wilkenson | USAA |
| Melissa Smith | PNC |
| Karen Larimer | PNC |
| Greg Lantier | PNC |
| Greg Stone | PNC |

**IF YOUR CLIENTS ARE PRESENT, PLEASE PROVIDE NAME AND/OR COMPANY or RELATIONSHIP:**

| CLIENT NAME | COMPANY or RELATIONSHIP |
|---|---|
| Christopher Wilkinson | USAA |
| Karen Larimer | PNC |