# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION, | § § § § § § § § § § § § | |
| *Plaintiff*, | | |
| v. | | CIVIL ACTION NO.  2:20-CV-00319-JRG |
| PNC BANK N.A., | | |
| *Defendant*. | | |

## ORDER

Before the Court is Plaintiff United Services Automobile Association ("USAA") and Defendant PNC Bank N.A.'s ("PNC") (collectively, the "Parties") Joint Motion for Extension Regarding Post-Judgment Briefing (the "Motion"). (Dkt. No. 751). In the Motion, the Parties request various extensions of time for post-trial briefing for all Parties. Having considered the Motion, and noting its joint nature, the Court is of the opinion that it should be and hereby is **GRANTED**. Accordingly, the proposed revised deadlines described in the Motion shall govern filing deadlines for the relevant post-trial briefing in this case as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Responses to Post-Judgment Motions | September 30, 2022 | October 14, 2022 |
| Replies to Post-Judgment Motions | October 7, 2022 | October 28, 2022 |
| Sur-Replies to Post-Judgment Motions | October 14, 2022 | November 11, 2022 |

**So ORDERED and SIGNED this 14th day of September, 2022.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE