UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>   Plaintiff,<br><br>   v.<br><br>PNC BANK, N.A.,<br><br>   Defendant. | Civil Action No. 2:20-cv-00319-JRG<br>(LEAD CASE)<br><br>Civil Action No. 2:21-cv-00110-JRG |

**NOTICE OF APPEAL**

Notice is hereby given that Defendant PNC Bank, N.A. appeals to the United States Court of Appeals for the Federal Circuit from the Amended Final Judgment (ECF No. 792) entered December 5, 2024, and all decisions and orders subsidiary thereto, including but not limited to the Final Judgment (ECF No. 745) entered August 19, 2022.

Dated: December 9, 2024

Respectfully submitted,

/s/ *Melissa R. Smith*

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 S. Washington Ave.
Marshall, TX 75670
(903) 934-8450
melissa@gillamsmithlaw.com

Gregory H. Lantier
WILMER CUTLER PICKERING HALE AND
    DORR LLP
2100 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 663-6000
gregory.lantier@wilmerhale.com

Andrew J. Danford (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
    DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
andrew.danford@wilmerhale.com

Derek Gosma (*pro hac vice*)
WILMER CUTLER PICKERING HALE AND
    DORR LLP
350 South Grand Ave., Suite 2100
Los Angeles, CA 90071
(213) 443-5308
derek.gosma@wilmerhale.com

*Attorneys for Defendant PNC Bank, N.A.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Plaintiff's counsel of record were served with a true and correct copy of the foregoing document by electronic mail on December 9, 2024.

*/s/ Melissa R. Smith*
Melissa R. Smith
