NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**UNITED SERVICES AUTOMOBILE ASSOCIATION,**
*Plaintiff-Appellee*

**v.**

**PNC BANK N.A.,**
*Defendant-Appellant*

---

2023-1778, 2025-1277

---

Appeals from the United States District Court for the Eastern District of Texas in Nos. 2:20-cv-00319-JRG-RSP, 2:21-cv-00110-JRG, Judge J. Rodney Gilstrap.

---

**ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, CLEVENGER[1], DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[2]

---

[1] Circuit Judge Clevenger participated only in the decision on the petition for panel rehearing.

[2] Circuit Judge Newman did not participate.

2   UNITED SERVICES AUTOMOBILE ASSOCIATION v. PNC BANK N.A.

PER CURIAM.

# O R D E R

United Services Automobile Association filed a combined petition for panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 16, 2025
Date