**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>PNC BANK N.A.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:20-CV-00319-JRG<br>(LEAD CASE)<br><br>CIVIL ACTION NO. 2:21-CV-00110-JRG<br>(MEMBER CASE) |

**UNOPPOSED MOTION FOR ENTRY OF JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, Defendant PNC Bank N.A. respectfully requests that the Court enter judgment consistent with the judgment of the U.S. Court of Appeals for the Federal Circuit (Dkt. 804).

Plaintiff United Services Automobile Association does not oppose this motion, and the parties have agreed upon a form of judgment, which is attached as Exhibit A.

Dated: August 19, 2026

Respectfully submitted,

*/s/ Melissa R. Smith*__________________

Melissa R. Smith
Texas State Bar No. 24001351
GILLAM & SMITH LLP
303 S. Washington Ave.
Marshall, TX 75670
(903) 934-8450
melissa@gillamsmithlaw.com

*Counsel for Defendant PNC Bank N.A.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for PNC met and conferred with counsel for USAA to discuss the substantive relief sought in this motion pursuant to Local Rule CV-7(h). The motion is unopposed.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and has been served on all counsel via CM/ECF on August 19, 2026.

*/s/ Melissa R. Smith*
Melissa R. Smith