# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| UNITED SERVICES AUTOMOBILE ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>PNC BANK, N.A.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:20-CV-00319-JRG (LEAD CASE)<br><br>CIVIL ACTION NO. 2:21-CV-00110-JRG (MEMBER CASE) |

**AMENDED FINAL JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 58 and 60(b)(5), the Court **ENTERS ITS AMENDED FINAL JUDGMENT** as follows:

1. Judgment is entered in favor of PNC Bank, N.A. ("PNC") and against USAA with respect to USAA's claims for infringement of U.S. Patent Nos. 8,977,571, 10,013,605, 10,013,681, and 10,482,432;

2. All claims and counterclaims relating to patents asserted but not tried to the jury are dismissed without prejudice; and

3. Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, PNC is the prevailing party in this case with respect to the asserted claims for infringement of U.S. Patent Nos. 8,977,571, 10,013,605, 10,013,681, and 10,482,432 and shall recover its related costs from USAA. PNC is directed to file its proposed Bill of Costs.

All other requests for relief now pending and requested by either party but not specifically addressed herein are **DENIED**.

**So ORDERED and SIGNED this __ day of August, 2026.**

____________________________________
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE